ERIN RADEKIN
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant
BRYANT JACOBS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRYANT JACOBS. ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:05-cr-0125 MCE <br><br> **MOTION FOR CONTINUANCE OF ADMIT/DENY HEARING; STIPULATION AND ORDER** |

–o0o–

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the admit/deny hearing currently scheduled for August 8, 2006 should be vacated and continued to Tuesday, August 15, 2006 at 8:30 a.m.

This continuance is necessary because counsel for defendant and Glen Simon, Mr. Jacobs' probation officer, need additional time to locate a suitable residential drug treatment facility for Mr. Jacobs.

Dated: August 4, 2006                         McGREGOR W. SCOTT
                                              United States Attorney

                                              By: /s/Camil A. Skipper
                                              CAMIL A. SKIPPER
                                              Assistant U.S. Attorney

Dated: August 4, 2006  /s/ Erin Radekin
ERIN RADEKIN
Attorney for Defendant
BRYANT JACOBS

## **ORDER**

IT IS HEREBY ORDERED that the admit/deny hearing currently scheduled for August 8, 2006 at 8:30 a.m. is VACATED, and the matter continued until August 15, 2006 at 8:30 a.m. for admit/deny hearing.

Dated: August 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2