**FILED**

November 3, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )       Case No. Cr S-05-0125 MCE
            Plaintiff,                  )
                                        )       ORDER FOR RELEASE OF
v.                                      )       PERSON IN CUSTODY
                                        )
BRYANT JACOBS,                          )
                                        )
            Defendant.                  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Bryant Jacobs, Case No. Cr S-05-0125 MCE,

Charge Title 18 USC § 3606, from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

X     Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

      X     (Other)   _Under Supervised Release Term_
            _w/ conditions still in effect._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on _November 2, 2006_ at _2:35_ pm .

By _____

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal