UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

RE:   **Bryant JACOBS**
      **Docket Number:   2:05CR00125-07**
      **WITHDRAWAL OF PETITION**

Your Honor:

It is respectfully requested that the petition filed on November 1, 2006, on the above named supervised releasee, be dismissed and taken off the court's calendar of March 13, 2007, at 8:30 a.m.

On October 24, 2006, the undersigned submitted a petition to the court alleging a violation of the offender's condition of supervised release. The petition contained one violation, that being the releasee's failure to participate and complete a 120-day residential drug treatment program. He was ordered to participate in the drug treatment program following his admission to a previous violation petition. The court ordered him into the drug treatment program on September 5, 2006.

Since the releasee left the drug treatment program on October 18, 2006, he has not incurred any further violations of his conditions of supervised release. He is presently enrolled in the Probation Office's contract urinalysis testing and counseling program in Vallejo, California. He is not showing signs of illegal drug use and is participating in counseling offered through the program. The releasee is currently employed.

The releasee is presently compliant with all conditions of supervised release. His short participation in the residential treatment program and his subsequent court appearance before Your Honor have made an impact and he appears to be drug free. He is working and taking care of his responsibilities in the community. Because of this, the undersigned feels that it is appropriate to dismiss the petition and allow Mr. Jacobs to remain in the community free of adverse sanctions at this time. We are recommending that the court approve this plan and so note by following the recommendation.

**RE:**     Bryant JACOBS
          Docket Number:   2:05CR00125-07
          <u>WITHDRAWAL OF PETITION</u>

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

**DATED:**   March 7, 2007
           Sacramento, California
           GPS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved <u>XXX</u>       Disapproved _____

Dated: March 8, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

cc:   Camil A. Skipper
      Assistant United States Attorney

      Erin Radekin
      Defense Counsel