1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  BRYANT JACOBS

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:05-cr-00125-MCE |
| ) | |
| Plaintiff, ) | **MOTION FOR CONTINUANCE** |
| ) | **OF ADMIT/DENY HEARING;** |
| vs. ) | **STIPULATION AND ORDER** |
| ) | |
| **BRYANT JACOBS, et al,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

–o0o–

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the admit/deny hearing currently scheduled for July 5, 2007 at 9 a.m. should be vacated and continued to August 9, 2007 at 9:00 a.m. in the courtroom of Judge Morrison C. England, Jr.

This continuance is necessary to permit further negotiation and preparation of a stipulated disposition by the parties.

The Court is advised that the parties have conferred about this request, that they have agreed to the August 9, 2007 date, and that Ms. Skipper has authorized Ms. Radekin to sign this stipulation on her behalf.

/ / /

/ / /

| | |
|---|---|
| Dated: _____ | McGREGOR W. SCOTT<br>United States Attorney<br><br>By: /s/ Camil A. Skipper<br>CAMIL A. SKIPPER<br>Assistant U.S. Attorney |
| Dated: _____ | /s/ Erin Radekin<br>ERIN RADEKIN<br>Attorney for Defendant<br>BRYANT JACOBS |

**ORDER**

IT IS HEREBY ORDERED that the admit/deny hearing currently scheduled for July 5, 2007 at 9:00 a.m. is VACATED, and the matter continued until August 9, 2007 at 9:00 a.m. for admit/deny hearing.

Dated: July 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2