9RIN J. RADEKIN
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
BRYANT JACOBS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRYANT JACOBS, et al, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:05-cr-00125-MCE <br><br> **MOTION FOR CONTINUANCE OF ADMIT/DENY HEARING; STIPULATION AND ORDER** |

–o0o–

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the admit/deny hearing currently scheduled for August 9, 2007 at 9 a.m. should be vacated and continued to August 23, 2007 at 9:00 a.m. in the courtroom of Judge Morrison C. England, Jr.

This continuance is necessary to permit further negotiations and preparation of a stipulated disposition by the parties.

///

///

///

1

2  The Court is advised that the parties have conferred about this request, that they have agreed
3  to the August 23, 2007 date, and that Ms. Skipper has authorized Ms. Radekin to sign this stipulation
4  on her behalf.

5  
Dated: August 8, 2007                                   McGREGOR W. SCOTT
6                                                        United States Attorney

7                                                  By:      /s/ CAMIL A. SKIPPER
                                                         CAMIL A. SKIPPER
8                                                        Assistant U.S. Attorney

9  Dated: August 8, 2007                                    /s/ ERIN J. RADEKIN
                                                         ERIN J. RADEKIN
10                                                       Attorney for Defendant
                                                         BRYANT JACOBS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2

**ORDER**

IT IS HEREBY ORDERED that the admit/deny hearing currently scheduled for August 9, 2007 at 9:00 a.m. is VACATED, and the matter continued until August 23, 2007 at 9:00 a.m. for admit/deny hearing.

IT IS FURTHER ORDERED that inasmuch as there is no agreement on the issue of excludable time contained in the foregoing stipulation, time is NOT excluded to the date of the new status (admit or deny) hearing.

Dated: August 9, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE